# Notice Recipients

District/Off: 0971–4              User: admin              Date Created: 5/24/2023

Case: 23–40524              Form ID: NDC             Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 15499633 | CEP America California C/O Wak |
| 15499632 | Caliber Home Loans Inc |
| 15499634 | Credit Acceptance Corp |
| 15499635 | LVNV Funding C/O Resurgent CA |

                                                                       TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Sarah L. Little | sarah@littletrustee.com |

                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Calvin Anthony Dobbins | 2308 Hillard Circle    Antioch, CA 94509 |
| smg | Labor Commissioner | 1515 Clay St.   Room 801   Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.   P.O. Box 942879   Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit   P.O. Box 2952   Sacramento, CA 95812–2952 |

                                                                        TOTAL: 5