In re:                                                                    Case No. 23-10092-DM

Ordell Elizabeth Moon                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1                          User: admin                                  Page 1 of 1

Date Rcvd: Mar 15, 2023                       Form ID: pdfeoc                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christina J. Khil | on behalf of Creditor Cenlar FSB as Servicer for Citibank N.A. christinao@mclaw.org, CAND_ECF@mclaw.org |
| David Burchard | TESTECF@burchardtrustee.com  dburchard13@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee under the Indenture relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 tcovey@raslg.com |

TOTAL: 4



Signed and Filed: March 15, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-10092-DM |
| ORDELL ELIZABETH MOON, | ) |
| | ) Chapter 13 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING EXTENSION OF TIME**

On February 28, 2023, Debtor filed the above-captioned bankruptcy case.  On February 28, 2023, the court entered an order ("Documents Order") requiring Debtor to file required documents within 14 days or the case would be dismissed.  On March 10, 2023, Debtor requested an extension of time to file the remaining required documents.  Upon due consideration, the court hereby orders as follows:

(1) The deadline for Debtor to file all completed documents identified in the Documents Order is extended to April 27, 2023.

(2) If Debtor does not timely and fully comply with paragraph (1) of this order, or obtain an order further

-1-

1  extending the deadline, this bankruptcy case may be dismissed

2  without further notice or hearing.

3                    **END OF ORDER**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1

2   Ordell Elizabeth Moon
    1905 Bristol St.
3   Petaluma, CA 94954

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-