

**The following constitutes the order of the Court.
Signed: June 9, 2023**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>　　Calvin Anthony Dobbins,<br><br>　　　　Debtor. | Case No. 23-40524 WJL<br><br>Chapter 7 |

**Order Vacating Dismissal**

　　On May 24, 2023, the Court dismissed the above-captioned case for failure to file case-opening documents (ECF #14). The Debtor then filed a Motion to Vacate Dismissal (the "Motion") (ECF #16) on June 2, 2023. Having reviewed the Motion and finding cause well stated, the Court HEREBY vacates dismissal. Debtor must file the required documents within two weeks of the date of entry of this order

***End of Order***

**Court Service List**

Calvin Anthony Dobbins

2308 Hillard Cir

Antioch, CA 94509