Form NVD

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Calvin Anthony Dobbins | Case No.: 23–40524 WJL 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF ORDER VACATING ORDER OF DISMISSAL

**Notice is given** that an order was entered on 6/9/2023 , vacating the order of dismissal of the above−referenced debtor(s).

Dated: 6/9/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court