# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 6/9/2023 | |
| Case: 23–40524 | Form ID: NVD | Total: 11 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15499633　CEP America California C/O Wak
15499632　Caliber Home Loans Inc
15499634　Credit Acceptance Corp
15499635　LVNV Funding C/O Resurgent CA

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust　　　Office of the U.S. Trustee/Oak　　　USTPRegion17.OA.ECF@usdoj.gov
tr　　　Sarah L. Little　　　sarah@littletrustee.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Calvin Anthony Dobbins　　　2308 Hillard Circle　　　Antioch, CA 94509
smg　　Labor Commissioner　　1515 Clay St.　　Room 801　　Oakland, CA 94612
smg　　State Board of Equalization　　Collection Dept.　　P.O. Box 942879　　Sacramento, CA 94279
smg　　CA Employment Development Dept.　　Bankruptcy Group MIC 92E　　P.O. Box 826880　　Sacramento, CA 94280–0001
smg　　CA Franchise Tax Board　　Special Procedures Bankruptcy Unit　　P.O. Box 2952　　Sacramento, CA 95812–2952

TOTAL: 5