

Certificate Number: 14424-CAC-DE-037441780

Bankruptcy Case Number: 23-40524



14424-CAC-DE-037441780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2023, at 8:16 o'clock PM EDT, Calvin A Dobbins completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 18, 2023

By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor